**John M. GREB, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40280.**

Missouri Court of Appeals, Western District.

Nov. 1, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 29, 1988.

Application to Transfer Denied Jan. 17, 1989.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., William J. Swift, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and CLARK and NUGENT, JJ.

### ORDER

PER CURIAM

Appeal from denial of a Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).